IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN DEJUAN AIKENS                                                                                         PETITIONER
ADC #160951

v.                                              4:23-cv-00389-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                             RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice and the requested relief is DENIED.

SO ORDERED this 16th day of May, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE