# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALVIN DEJUAN AIKENS                                                                                    PETITIONER
ADC #160951

v.                                            4:23-cv-00389-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 16th day of May, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE